**Joel Bruce SCHOONOVER,
Plaintiff—Appellant,**

v.

**RANDOLPH COUNTY SHERIFF'S OFFICE; Elkins City Police Department; Captain Dean Lawrence, Defendants—Appellees.**

No. 05–6613.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 18, 2005.

Decided: Aug. 25, 2005.

Joel Bruce Schoonover, Appellant pro se.

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joel Bruce Schoonover appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Schoonover v. Randolph County Sheriff's Office*, No. CA–04–35–2 (N.D.W.Va. Apr. 1, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*